Vince M. Verde, CA Bar No. 202472
vince.verde@ogletree.com
Erin M. Owen, CA Bar No. 345867
erin.owen@ogletree.com
Hailey A. Tull, CA Bar No. 357358
hailey.tull@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

Attorneys for Plaintiff/Counter-Defendant
ASSUREDPARTNERS OF CALIFORNIA INSURANCE SERVICES, LLC

ELLIS GEORGE LLP
Benjamin Scheibe (State Bar No. 101327)
bscheibe@ellisgeorge.com
Milin Chun (State Bar No. 262674)
mchun@ellisgeorge.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Defendants/Counterclaimants
Jeffrey Dann, Connor Dann, and The Liberty Company Insurance Brokers, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| ASSUREDPARTNERS OF CALIFORNIA INSURANCE SERVICES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY DANN, CONNOR DANN, and THE LIBERTY COMPANY INSURANCE BROKERS, LLC,<br><br>Defendants. | Case No. 2:25-cv-09187 JAK (AGRx)<br><br>**JOINT REPORT REGARDING AGREED UPON PRIVATE NEUTRAL**<br><br>Complaint Filed: September 25, 2025<br>Trial Date: None Set<br>District Judge: Hon. John A. Kronstadt<br>Magistrate Judge: Hon. Alicia G. Rosenberg |

| |
|---|
| JEFFREY DANN and CONNOR DANN<br><br>Defendants and Counterclaimants,<br><br>vs.<br><br>ASSUREDPARTNERS OF CALIFORNIA INSURANCE SERVICES, LLC,<br><br>Plaintiff and Counter-Defendant. |

Pursuant to this Court's Order dated December 9, 2025, Plaintiff AssuredPartners of California Insurance Services, LLC and Defendants Jeffrey Dann, Connor Dann, and The Liberty Company Insurance Brokers, LLC (collectively Plaintiff and Defendants are referred to as the "Parties"), through their respective counsel of record, submit the following joint report:

WHEREAS on December 9, 2025, the Honorable Judge John A. Kronstadt ordered the Parties to file a Joint Report regarding an Agreed Upon Private Neutral.

WHEREAS, on December 23, 2025, the Parties agreed upon private mediator, Lisa Klerman.

NOW THEREFORE, the Parties represent to the Court their intention to pursue private mediation with agreed upon private neutral, Lisa Klerman.

DATED: December 26, 2025

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Hailey A. Tull*
Vince M. Verde
Erin M. Owen
Hailey A. Tull

Attorneys for Plaintiff/Counter-Defendant ASSUREDPARTNERS OF CALIFORNIA INSURANCE SERVICES, LLC

DATED: December 26, 2025

ELLIS GEORGE LLP

By: */s/ Benjamin Scheibe*
Benjamin Scheibe
Milin Chun

Attorneys for Defendants /Counterclaimants Jeffrey Dann, Connor Dann, and The Liberty Company Insurance Brokers, Inc.

**ATTESTATION**

Pursuant to Local Rule 5-43.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.

DATED: December 26, 2025

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Hailey A. Tull*
Hailey A. Tull

**PROOF OF SERVICE**
*AssuredPartners of California Insurance Services, LLC v. Jeffrey Dann, et al.*
Case No. 2:25-cv-09187 JAK (AGRx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On December 26, 2025, I served the following document(s):

**JOINT REPORT REGARDING AGREED UPON PRIVATE NEUTRAL**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐ the written confirmation of counsel in this action:
☐ [Federal Court] the written confirmation of counsel in this action and order of the court:

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 26, 2025, at Costa Mesa, California.

Erin Montgomery

Type or Print Name

Signature

## SERVICE LIST

| | |
|---|---|
| Louise Shoch<br>LAW OFFICE OF LOU SHOCH<br>200 Pier Avenue, Suite 136<br>Hermosa Beach, CA 90254<br>(310) 200-9065<br>Fax: (310) 634-0361<br>Lou@LouShochLaw.com | Attorneys for Defendants and Counterclaimants<br>CONNOR DANN and JEFFREY DANN |
| Milin Chun, Esq.<br>Benjamin D. Scheibe, Esq.<br>ELLIS GEORGE LLP<br>2121 Avenue of the Stars, 30th Floor<br>Los Angeles, CA 90067<br>(310) 274-7100<br>Fax No.: (310) 275-5697<br>mchun@ellisgeorge.com<br>bscheibe@ellisgeorge.com<br>dposadas@ellisgeorge.com | Attorneys CONNOR DANN; JEFFREY DANN and THE LIBERTY COMPANY INSURANCE BROKERS, INC. |